UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| In re: Brian Z. S. Herzig, | Chapter 7 |
| | Case No.: 14-33725-jal |
| | Judge Joan A. Lloyd |
| Debtor | |
| Robert Blevins, | |
| Plaintiff, | |
| v. | Adv. No. 15-3038 |
| Brian Z. S. Herzig, | |
| Defendant. | |

**ORDER**

      This matter is before the Court on the Motion to Dismiss and for Entry of Findings of Fact and Conclusions of Law and Confirming Termination of the Automatic Stay, filed by the Plaintiff, Robert Blevins. The Court, having reviewed such Motion and being otherwise sufficiently advised, hereby:

      FINDS AS FOLLOWS:

      1.    The Debtor's Chapter 7 case was filed on the eve of trial of the case entitled Robert Blevins v. ZivFC, LLC, et al., Civil Action No. 4:11-cv-04222, pending in the United States District Court for the Southern District of Texas, Houston Division (the "Texas Litigation").

      2.    This Court granted the *Motion of the United States Trustee for Region 8, Samuel K. Crocker, for Default Judgment against the Defendant, Brian Zachary Stern Herzig*, in the adversary proceeding styled *Samuel K. Crocker, United States Trustee for Region 8 v. Brian Zachary Stern Herzig, pro se*, Adversary Proceeding No. 16-3063 (the "UST Adversary"), denying the Defendant's Chapter 7 discharge pursuant to 11 U.S.C. § 727(a)(6)(A).

      3.    The Defendant has demonstrated a lack of good faith in dealing with this Court, the Chapter 7 trustee appointed in this case, the United States Trustee and the Defendant's

creditors. He failed on numerous occasions to comply with orders of this Court and failed to proffer reasonable excuse for repeated delays and noncompliance.

        4.      The Defendant also failed to appear at numerous other hearings in this Adversary Proceeding and his Chapter 7 case and failed to comply with various orders of this Court. The Defendant has also on several occasions used his engagement of counsel, or promises to the Court and the Plaintiff that he would engage counsel, to further his delay efforts. Following the withdrawal of his counsel on March 29, 2016, the Defendant never re-engaged counsel, despite repeated promises to do so.

        5.      The Defendant has a history of using the bankruptcy system to delay the adjudication of the Texas Litigation.

AND THE COURT HEREBY ORDERS AS FOLLOWS:

        A.      This Adversary Proceeding is hereby DISMISSED AS MOOT.

        B.      As a result of this Court's denial of the Debtor's discharge in the UST Adversary Proceeding, the automatic stay imposed by 11 U.S.C. § 362(a) has terminated.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: November 28, 2016

0130431.0622477    4828-8017-6443v2

TENDERED BY:

/s/ Andrew M. Simon
Andrew M. Simon (admitted pro hac vice)
andrew.simon@squirepb.com
Squire Patton Boggs (US) LLP
221 E. Fourth St., Suite 2900
Cincinnati, OH 45202
Telephone: (513) 361-1200
Facsimile: (513) 361-1201

    and

/s/ Edward M. King
Edward M. King
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202
 (502) 589-5400
Counsel for Robert Blevins

0130431.0622477  4828-8017-6443v2